RISER *v.* WARDEN, CALIFORNIA STATE PRISON.

No. 331, Misc.   Decided February 24, 1959.

*George T. Davis* for appellant.

*Stanley Mosk,* Attorney General of California, *Clarence A. Linn,* Chief Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

JOHNSON *v.* OHIO.

No. 428, Misc.   Decided February 24, 1959.

Appellant *pro se.*

*Mathias H. Heck* for appellee.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.